# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JOHNNY W. MILLER,

    Plaintiff,

v.                                     CASE NO. 4:13-cv-506-MW/CAS

RAYMOND ELLIS TAYLOR, JR.,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.9, filed October 31, 2013. Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Amended Complaint, ECF No. 8, is **DISMISSED** for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)."

The Clerk shall note on the docket that this cause is dismissed pursuant to 28

U.S.C. §1915(e)(2)(B)(ii).  The Clerk shall close the file.

**SO ORDERED on December 2, 2013.**

                                          **s/Mark E. Walker           **
                                          **United States District Judge**